

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2015

No. 04-13-00529-CV

**SCHUHARDT CONSULTING PROFIT SHARING PLAN,**
Appellant/Cross-Appellee

v.

**DOUBLE KNOBS MOUNTAIN RANCH, INC.**
Appellee/Cross-Appellant

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2011-09-28311-CV-B
Honorable Mickey R. Pennington, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice "voting to request a response"
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason K. Pulliam, Justice

The court has considered the Appellant's Motion for En Banc Consideration, the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court